10 A.3d 901

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Timothy McKINNEY, Appellant.**

**No. 19 EAP 2010.**

Supreme Court of Pennsylvania.

Dec. 28, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of December, 2010, the Commonwealth's Motion to Quash Moot Appeal is **GRANTED.**